SAMUEL REDWITZ, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, ·Appellant.— Judgment and order affirmed, with costs. All concurred, except Merrell and De Angelis, JJ., who dissented and voted for reversal and dismissal of the complaint upon the ground that the defendant owed the plaintiff no duty to warn him of the approaching train.

AUGUSTUS UNDERHILL, Appellant, v. UNDERHILL COAL COMPANY and Others, Respondents.— Judgment affirmed, with costs. All concurred.

HENRY C. ALBEE, Respondent, v. HENRY J. MIERKE, Appellant, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion granted, without costs, with leave to the appellant to answer within ten days after service of a copy of this order with notice of entry. All concurred.

HARRY ECKLER, Appellant, v. VILLAGE OF ILION, Respondent.— Orders affirmed, with costs. Held, that the plaintiff failed to make out a cause of action against the defendant, either for nuisance or· negligence. All concurred; De Angelis, J., not sitting.

In the Matter of the Probate of the Last Will and Testament of MARY OWENS, Deceased. EDGAR W. GRIFFITHS and Others, Appellants; JOHN A. JONES and Another, Administrators, etc., Respondents.— Decree affirmed, with costs. All concurred.

JOHN CLEMENTS, as Surviving Partner of the Copartnership Firm of J. L. CLEMENTS & BRO., Appellant, v. HENRY C. MILLER and Another, Respondents.— Judgment and order affirmed, with costs. ·All concurred.

EVAN H. PUGH, Appellant, v THE SEGOVIA COMPANY, Respondent.— Judgment affirmed, with costs. All concurred.

BENJAMIN PEARCE, Appellant, v. WARD & WARD, INC., Respondent.— Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the court committed reversible error in charging the jury at the request of defendant's counsel, " that if they are in doubt as to whether the plaintiff received any physical injuries on the 18th day of September, the verdict must be no cause of action." All concurred.

MAY HAWN, as Sole Administratrix, etc., Respondent, v. STEPHEN V. R. MALCOLM and Another, Appellants.— Judgment and order affirmed, with costs. All concurred.

ELIZABETH JONES, Respondent, v. EUGENE McMILLAN, Appellant.— Judgment affirmed, with costs. All concurred.

CARL J. NIES, as Administrator, etc., Respondent, v. PROTECTED HOME CIRCLE, Appellant.— Judgment and order affirmed, with costs. All concurred.

CHARLES D. LOWE, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.